JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| RAFAEL D. MIRANDA, | Case № 2:20-cv-05527-ODW (KESx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KENT THIRY, et al. | |
| Defendants. | |

Pursuant to the Court's Order Granting DaVita's Motion to Dismiss and Dismissing Remaining Defendants, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

///
///
///
///
///
///
///
///
///

1. Plaintiff Rafael D. Miranda shall take nothing from Defendants DaVita, Inc.; Kent Thiry; and HealthCare Partners, Inc.
2. Plaintiff's first claim for violation of the Defend Trade Secrets Act as asserted against DaVita is **DISMISSED ON THE MERITS AND WITH PREJUDICE**.
3. The remainder of the action is **DISMISSED WITHOUT PREJUDICE**.

This Order shall constitute the **FINAL JUDGMENT** of the Court.

All dates and deadlines in this matter are hereby **VACATED**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 3, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2